IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRUSTEES OF THE UNITED
ASSOCIATION NATIONAL PENSION
FUND, ET AL
                *Plaintiffs*,

   v.

TRI-C MECHANICAL, INC.,
                *Defendant*.

1:24-cv-1895-MSN-IDD

## ORDER

This matter comes before the Court on the January 23, 2026 Report and Recommendation of Magistrate Judge Ivan D. Davis (ECF 19) regarding Plaintiffs' Motion for Default Judgment (ECF 14).

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that Judge Davis's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, the Court AFFIRMS the findings of the Magistrate Judge, and it is hereby

ORDERED that Plaintiff's Motion for Default Judgment (ECF 14) is GRANTED; and it is further

ORDERED that Plaintiff Trustees of the United Association National Pension Fund is awarded $41,543.81 in damages consisting of Defendant's contributions, liquidated damages, and interest; and it is further

ORDERED that Plaintiff Trustees of the International Training Fund is awarded $4,038.73 in damages consisting of Defendant's contributions, liquidated damages, and interest; and it is further

ORDERED that Plaintiffs are awarded $8,528.00 in attorneys' fees and costs; and it is further

ORDERED that this civil action is dismissed in all other respects.

The Clerk of Court is directed to terminate this civil action and to forward a copy of this Order to counsel of record and Defendant at its last known address.

/s/
Michael S. Nachmanoff
United States District Judge

February 18, 2026
Alexandria, Virginia